**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BLH White Marsh LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-2852950** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **15305 Dallas Parkway, 12th Floor Addison, TX 75001** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.barlouie.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | BLH White Marsh LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

Debtor   **BLH White Marsh LLC**                                                Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **see attached Schedule 1** | | Relationship | **Affiliates** |
| District | **Delaware** | When  **3/26/2025** | Case number, if known | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
             Contact name    _____
             Phone           _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**      *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☑ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **BLH White Marsh LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/26/2025
                 MM / DD / YYYY

**X**   */s/ Leslie Crook*                  **Leslie Crook**
     Signature of authorized representative of debtor              Printed name

Title    **Chief Administrative Officer**

---

**18. Signature of attorney**

**X**   */s/ Thomas J. Francella, Jr.*        Date   *03/26/2025*
     Signature of attorney for debtor                      MM / DD / YYYY

**Thomas J. Francella, Jr.**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**824 North Market Street**
**Suite 805**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 772-5805**      Email address    tfrancella@raineslaw.com

**3835 DE**
Bar number and State

---

**SCHEDULE 1**

**<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>**

On the date hereof, each of the entities listed below (collectively, the "**Debtors**") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the number assigned to the chapter 11 case of BLH TopCo LLC.

- BLH TopCo LLC
- BLH HoldCo LLC
- BLH Acquisition Co., LLC
- BLH Restaurant Franchises LLC
- BLH White Marsh LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLH TOPCO LLC, *et al.*,[1] | Case No. 25-_____ |
| Debtors. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, BLH TopCo LLC, a Delaware corporation, and its affiliates, who are each debtors and debtors in possession in the above-captioned cases (each a "**Debtor**"), hereby state as follows:

1.      Debtor BLH TopCo LLC is owned by the following non-debtor entities:

| Entity | Ownership Interest |
|---|---|
| Bar Louie Restaurant Group, LLC | 100% |

2.      Debtor BLH HoldCo LLC is 100% owned by BLH TopCo LLC.

3.      Debtor BLH Acquisition Co., LLC is 100% owned by BLH HoldCo LLC.

4.      Debtors BLH Restaurant Franchises LLC and BLH White Marsh LLC are both 100% owned by BLH Acquisition Co., LLC.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BLH TopCo LLC (9009); BLH HoldCo LLC (n/a); BLH Acquisition Co., LLC (5779); BLH Restaurant Franchises LLC (8093) and BLH White Marsh LLC (2950).  The Debtors' mailing address is 15305 Dallas Parkway, 12th Floor, Addison, TX 75001.

10496254.2

ACTION BY WRITTEN CONSENT
OF THE MANAGER OF
BLH WHITE MARSH LLC

March 26, 2025

The undersigned, being the manager (the "**Manager**") of BLH White Marsh LLC (the "**Company**"), a Maryland limited liability company, hereby approves and adopts, in accordance with the laws of the State of Maryland and the governing agreements of the Company, the following resolutions:

**WHEREAS**, the Manager has reviewed and considered historical performance and results of the Company, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**");

**NOW, THEREFORE, BE IT:**

1. **Commencement of Chapter 11 Case**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

**RESOLVED**, that the Leslie Crook, in her capacity as Chief Administrative Officer of the Company (the "**Authorized Person**") be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and in furtherance of the restructuring of the Company's debts and obligations, all as consistent with these resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

2. **Retention of Advisors**

**RESOLVED**, that Raines Feldman Littrell LLP be engaged and retained on behalf of the Company as general bankruptcy counsel and Bankruptcy Management Solutions, Inc. d/b/a Stretto be engaged and retained as claims and noticing agent, each to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities); and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements with and pay appropriate retainers to the foregoing professionals and such other professionals and/or advisors as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company, and to cause to be filed appropriate applications for authority to retain the services of such professionals; and it is further

3. **Financing**

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to negotiate and obtain postpetition financing and/or use of cash collateral, including under one or more debtor-in-possession credit facilities, as the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and to carry out and put into effect the purposes of these resolutions; and to enter into any guarantees and to pledge and grant liens on the Company's assets in support of such financing, and in connection therewith to execute appropriate loan

agreements and related ancillary documents; with the actions of the Authorized Person taken pursuant to this resolution, including the execution, acknowledgement, delivery and verification of all such financing related documents, being deemed conclusive evidence of the approval and the necessity, desirability or appropriateness thereof; and it is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with any such financing transaction(s) and all fees and expenses incurred by or on behalf of the Company in connection with these resolutions, in accordance with the terms of any financing related documents, which shall in his sole discretion be necessary, appropriate, or desirable to perform any of the Company's obligations under or in connection with such financing arrangements and to carry out fully the intent of these resolutions; and it is further

4. **General**

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including (a) the negotiation of such additional agreements, amendments, modifications, supplements, consents, waivers, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (b) the execution, delivery, performance and filing (if applicable) of any of the foregoing, and (c) the payment of all fees, consent payments, taxes, indemnities and other expenses, as the Authorized Person, in his sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that the Authorized Person deemed the same to meet such standard; and it is further

**RESOLVED**, that any person dealing with the Authorized Person in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of the Authorized Person and by his execution of any document, agreement or instrument, the same to be a valid and binding obligation of such Company enforceable in accordance with its terms; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary or desirable in the opinion of the Authorized Person, a true copy of the foregoing resolutions; and it is further

**RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by the Authorized Person of the Company in, for and on behalf of the Company, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company as of the date such action or actions were taken.

**IN WITNESS WHEREOF**, the undersigned has executed this action by written consent of the manager of BLH White Marsh LLC as of the date first written above.

**BLH WHITE MARSH LLC**, a Maryland limited liability company

By:

Teri Stratton, Manager

**Fill in this information to identify the case:**

Debtor name __BLH TopCo LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 **US FOODS DALLAS** 9399 W. Higgins Road Suite 500 Rosemont, IL 60018 | Seth Okpetu P: 847/268-5410 Seth.Okpetu@usfoods.com | Food Vendor | | | | **$1,819,159.79** |
| 2 **EDWARD DON & COMPANY** 9801 Adam Don Pkwy Woodridge, IL 60517 | John Fahey P: 708/883-8362 JohnFahey@don.com | Trade Vendor | | | | **$590,639.12** |
| 3 **PRODUCE ALLIANCE LLC** 2275 Half Day Rd. Suite 337 Bannockburn, IL 60015 | Adam Silver P: 847/302-2505 adam.silver@bepproduce.com | Food Vendor | | | | **$148,182.31** |
| 4 **SCP NORTHFIELD, LLC** 8340 Northfield Blvd. #2600 Denver, CO 80238 | Donald Cloutier P: 303/375-5484 dcloutier@stockdalecapital.com | Rent | | | | **$133,813.95** |
| 5 **SERVICE MANAGEMENT GROUP LLC** 4049 Pennsylvania Ave. Suite 203, PMB 1063 | Kari Elassal P: 347/790-6096 kari.elassal@smg.com | Marketing | | | | **$130,800.00** |
| 6 **CHAMPION MANAGEMENT** 15455 Dallas Parkway Suite 1350 Addison, TX 75001 | Sofia Ferracuti P: 874/449-7952 sferracuti@championmgt.com | Trade Vendor | | | | **$111,774.48** |
| 7 **FOURTH USA INC** 6504 Bridge Point Pkwy. Ste 300 Austin, TX 78730 | Ryan Carroll P: 877/539-5156 Ryan.Carroll@fourth.com | Professional Services | | | | **$109,827.09** |
| 8 **ANTARES, INC.** 320 South Canal Street 43rd Floor Chicago, IL 60606 | Michael Read P: 312/889-9290 Michael.read@antares.com | Services | | | | **$107,773.85** |

| | Debtor | BLH TopCo LLC | | | | Case number (if known) | | |
|---|---|---|---|---|---|---|---|---|
| | | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **OPENTABLE INC** 1 Montgomery St. Suite 500 San Francisco, CA 94104 | Sarah Barreto P: 800/673-6822 sbarreto@opentable.com | Professional Services | | | | **$107,138.40** |
| 10 | **DEARBORN STATION ASSOC II PARTNERSHIP** 47 W. Polk Street Suite M11 | Nicholas Novelle P: 312/554-8100 dearbornmgmt@gmail.com | Rent | | | | **$86,338.13** |
| 11 | **CLEAN METHOD** 8409 Lee Hwy Unit 826 Merrifield, VA 22116 | Accounting P: 571/451-0441 accounting@cleanmethod.com | Trade Vendor | | | | **$86,226.00** |
| 12 | **SEDGWICK CLAIMS MANAGEMENT SERVICES INC** PO Box 14155 | Heidi Hall P: 614/381-2525 Heidi.Hall@sedgwick.com | Insurance | | | | **$86,027.22** |
| 13 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.** 8117 Preston Road Suite 500 Dallas, TX 75225 | Victoria Vish P: 214/313-2896 victoria.vish@ogletree.com | Professional Services | | | | **$82,851.05** |
| 14 | **PUNCHH INC** 8383 Seneca Tpke Ste 2 New Hartford, NY 13413 | Holly Davis P: 801/946-0673 holly.davis@partech.com | Marketing | | | | **$78,211.21** |
| 15 | **VESTIS** 2680 Palumbo Drive Lexington, KY 40509 | Whitney Miller P: 859/576-1438 whitney.miller@vestis.com | Trade Vendor | | | | **$77,665.16** |
| 16 | **RESTAURANT 365** 500 Technology Dr. Suite 200 Irvine, CA 92618 | Trent Sconnely P: 386/852-0286 tsconnely@restaurant365.com | Services | | | | **$77,046.91** |
| 17 | **SHAMROCK RESTAURANT CLEANING LLC** 2541 N. Dale Mabry Hwy | Zachary Smith P: 339/793-1426 admin@shamrockrc.net | Services | | | | **$76,197.25** |
| 18 | **SUNWEST FACILITY SERVICES** 6226 Magnolia Ave. | Javier Vega P: 213/291-8893 javier@sunwestfs.com | Services | | | | **$73,589.86** |
| 19 | **BELMAR COMMERCIAL OWNER, LP** 7337 W. Alaska Drive Suite 200 Lakewood, CO 80226 | Rudy Alberts P: 267/454-1851 rudy.alberts@bridge33capital.com | Rent | | | | **$72,646.32** |
| 20 | **RESTAURANT TECHNOLOGIES, INC** 2250 Pilot Knob Rd. Ste 100 Mendota Heights, MN | Amanda Carter P: 888/813-0507 X205 aemerson@rti-inc.com | Food Vendor | | | | **$71,901.11** |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | FEDERAL REALTY INVESTMENT TRUST 909 Rose Ave. Suite 200 North Bethesda, MD 20852 | Waqar Hussain P: 301/998-8323 Whussain@federalrealty.com | Rent | | | | $70,877.04 |
| 22 | GRANT THORNTON LLP 500 N. Akard Suite 1200 Dallas, TX 75201 | Patrick Grubb P: 214/561-2303 Pat.Grubb@us.gt.com | Professional Services | | | | $68,900.00 |
| 23 | SECURITAS TECHNOLOGY CORPORATION 221 Shore Court Burr Ridge, IL 60527 | Lisa Green P: 317/754-6652 lisa.green@securitas.com | Security | | | | $68,828.43 |
| 24 | NPP DEVELOPMENT One Patriot Place Foxborough, MA 02035 | Leigh Bryer P: 508/203-2124 LeighB@TheKraftGroup.com | Rent | | | | $67,358.01 |
| 25 | ECOLAB INC 655 Lone Oak Drive Eagan, MN 55121 | Erik Hager P: 651/795-4354 erik.hager@ecolab.com | Supplies | | | | $67,262.36 |
| 26 | DIRECTV 2230 E. Imperial Hwy El Segundo, CA 90245 | Susan Berg P: 310/426-0471 susan.berg@directv.com | Services | | | | $65,270.62 |
| 27 | E&P AT EAST BRUNSWICK 250 Civic Center Drive Suite 500 Columbus, OH 43215 | Sheila Hutchins P: 614/744-2040 SHutchins@castoinfo.com | Rent | | | | $61,960.98 |
| 28 | SERVICE CHANNEL.COM, INC 30 Patewood Drive Building 2, Suite 350 Greenville, SC 29615 | Kristi Barrett P: 475/655-0630 kbarrett@servicechannel.com | Trade Vendor | | | | $60,985.95 |
| 29 | UNLIMITED RETAIL SERVICES, INC. 555 Broadhollow Rd Suite 202 Melville, NY 11747 | Lisa Pesce LaFata P: 866/777-8010 LL@unlimitedrs.com | Trade Vendor | | | | $60,357.31 |
| 30 | LA CANTERA RETAIL LP SHOPS 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Raisa Lakirovich P: 312/960-6381 Raisa.Lakirovich@brookfieldpropertiesretail.com | Rent | | | | $58,333.33 |

**Fill in this information to identify the case and this filing:**

Debtor Name: ___BLH TopCo LLC._____

United States Bankruptcy Court for the: _____ District of _Delaware_

(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑    Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/26/2025         ___/s/ Leslie Crook_____

Signature of individual signing on behalf of debtor

 Leslie Crook_____

Printed Name:

 Chief Administrative Officer_____

Position or relationship to debtor